**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Century Contractors, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-3363310** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6401 West 75th Street** **Chicago, IL 60638** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Century Contractors, Inc.**    Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Northern District of Illinois** | **7/04/07** | **07-11932** |
| | _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

Debtor  **Century Contractors, Inc.** _____   Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Century Contractors, Inc.**                              Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  2, 2016**
                     MM / DD / YYYY

**X** **/s/ Ian Proce**                                        **Ian Proce**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Martin J. Weisenburger**                  Date **November  2, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**Martin J. Weisenburger**
Printed name

**Martin Weisenburger**
Firm name

**8630 Wheeler Drive**
**Orland Park, IL 60462-4704**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   **mweisenburger@sbcglobal.net**

_____
Bar number and State

Debtor   **Century Contractors, Inc.**                                        Case number (if known)
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/28/2016
             MM / DD / YYYY

X _____  PRESIDENT                    **Ian Proce**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**   X _____   Date  10/28/2016
                                Signature of attorney for debtor        MM / DD / YYYY

**Martin J. Weisenburger**
Printed name

**Martin Weisenburger**
Firm name

**8630 Wheeler Drive**
**Orland Park, IL 60462-4704**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   **mweisenburger@sbcglobal.net**

Bar number and State _____

**Fill in this information to identify the case:**

Debtor name   **Century Contractors, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____     X _____ PRESIDENT
                                Signature of individual signing on behalf of debtor

                                **Ian Proce**
                                Printed name

                                **President**
                                Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name     **Century Contractors, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................. $      **1,041,007.60**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................ $      **1,041,007.60**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **172,430.50**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $      **125,001.25**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      **1,259,687.20**

4.    Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b    $      **1,557,118.95**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Century Contractors, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Byline Bank** | **checking** | **6466** | **Unknown** |
| 3.2. | **U.S. Bank-overdrawn ($114.14)** | **checking** | **3481** | **$0.00** |
| 3.3. | **Bank of America** | **checking** | **7126** | **$1,874.90** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$1,874.90** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    **Century Contractors, Inc.**                                    Case number *(If known)*  _____
          Name

■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:      **72,228.25**   -      **0.00**   = ....      **$72,228.25**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **32,500.00**   -      **0.00**   = ....      **$32,500.00**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **14,000.00**   -      **0.00**   = ....      **$14,000.00**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **1,300.00**   -      **0.00**   = ....      **$1,300.00**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **3,375.68**   -      **0.00**   = ....      **$3,375.68**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **1,500.00**   -      **0.00**   = ....      **$1,500.00**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **45,910.50**   -      **0.00**   = ....      **$45,910.50**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **6,903.89**   -      **0.00**   = ....      **$6,903.89**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **15,508.75**   -      **0.00**   = ....      **$15,508.75**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **12,153.80**   -      **0.00**   = ....      **$12,153.80**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **9,980.00**   -      **0.00**   = ....      **$9,980.00**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **5,927.05**   -      **0.00**   = ....      **$5,927.05**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **1,360.00**   -      **0.00**   = ....      **$1,360.00**
                      face amount            doubtful or uncollectible accounts

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Century Contractors, Inc.** _____    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 11b. Over 90 days old: | **309,025.80** | **$0.00** |
| | face amount  -  **309,025.80** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **44,373.50** | **$0.00** |
| | face amount  -  **44,373.50** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **9,980.00** | **$0.00** |
| | face amount  -  **9,980.00** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **4,216.00** | **$4,216.00** |
| | face amount  -  **0.00** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **1,360.00** | **$1,360.00** |
| | face amount  -  **0.00** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **3,120.00** | **$3,120.00** |
| | face amount  -  **0.00** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **174,446.25** | **$129,702.00** |
| | face amount  -  **44,744.25** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **532,289.28** | **$532,289.28** |
| | face amount  -  **0.00** =.... doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **3,797.50** | **$3,797.50** |
| | face amount  -  **0.00** =.... doubtful or uncollectible accounts | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$897,132.70**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Century Contractors, Inc.**                                    Case number *(If known)* _____
_____
Name

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       supplies _____    _____    **Unknown**    _____    **$3,000.00**

23.    **Total of Part 5.**                                                          | **$3,000.00** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value    _____    Valuation method    _____    Current Value    _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Desks, chairs, tables, computer,**<br>**television,coffee pot** | **$1,000.00** | | **$1,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | **$1,000.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Century Contractors, Inc.**
Name

Case number *(If known)* _____

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   mobile office trailer | **$0.00** | | **Unknown** |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Atlas Air Compressor** | **Unknown** | | **$3,000.00** |
| **2001 Waldon WD80 Dozer** | **Unknown** | | **$15,000.00** |
| **Hitachi EX35U Hydraulic Excavator** | **Unknown** | | **$15,000.00** |
| **Hitachi EX35U Hydraulic Excavator-wrongfully held by C&J Contractors** | **Unknown** | | **$15,000.00** |
| **1995 Dynapac CA152D Roller-wrongfully held by C&J Contractors** | **Unknown** | | **$11,000.00** |
| **1994 Bomag Roller** | **Unknown** | | **$4,000.00** |
| **2003 Protec DV230 Roller** | **Unknown** | | **$14,000.00** |
| **2000 Kawasaki loader** | **Unknown** | | **$50,000.00** |
| **Hypac Roller** | **Unknown** | | **$10,000.00** |
| **Elite Series Pressure Washer-not operable** | **Unknown** | | **Unknown** |
| **2 trailers** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Century Contractors, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Daewoo G25E Forklift** | | $0.00 | $1,000.00 |
| **Flatbed and fuel tank** | | $0.00 | Unknown |
| **3 breakers** | | $0.00 | $0.00 |
| **welder** | | $0.00 | Unknown |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    $138,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Metal prefab bldg on leased property. Landlord wants building demolished.** | | Unknown | | Unknown |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Century Contractors, Inc.**                              Case number *(If known)* _____
          Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Century Contractors, Inc.**
Name

Case number *(if known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,874.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $897,132.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $138,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,041,007.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,041,007.60 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Century Contractors, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1   Reike Office Interiors**
Creditor's Name

**c/o David Halprin, attorney at law**
**1400 Torrence Avenue-Suite 211-A**
**Calumet City, IL 60409**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 6816**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $15,078.77 | Unknown |

---

**2.2   RLI Insurance Company**
Creditor's Name

**c/o Clausen Miller, PC**
**10 S. LaSalle Street, Suite**
**Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**surety bond**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $157,351.73 | $0.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Century Contractors, Inc.**

Name

Case number (if know)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $172,430.50 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Century Contractors, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$4,499.65** | **$4,499.65** |
|  | Date or dates debt was incurred<br>**200-2016** | Basis for the claim:<br>**alleged delinquent taxes** | | |
|  | Last 4 digits of account number **0000**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Illinois Dept of Employment**<br>**Securit**<br>**3637**<br>**Springfield, IL 62708-3637** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$27,537.27** | **$27,537.27** |
|  | Date or dates debt was incurred<br>**2006-2016** | Basis for the claim:<br>**alleged delinquent umemployment tax** | | |
|  | Last 4 digits of account number **9322**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    35397                    Best Case Bankruptcy

| Debtor | **Century Contractors, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,569.33 | $66,179.46 |
|---|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Internal Revenue Service** | Check all that apply. |
| **Central Insolvency Operations** | ☐ Contingent |
| **P.O. Box 21126** | ☐ Unliquidated |
| **Philadelphia, PA 19114** | ■ Disputed |
| | |
| Date or dates debt was incurred | Basis for the claim: |
| **various** | **alleged delinquent taxes** |
| | |
| Last 4 digits of account number **3310** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,395.00 | $12,850.00 |
|---|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Nicholas Camarena** | Check all that apply. |
| **3141 N. Linden Avenue** | ☐ Contingent |
| **Chicago, IL 60612-4108** | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| Date or dates debt was incurred | Basis for the claim: |
| | |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.79 |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
|---|---|
| **American Express** | ☐ Contingent |
| **Box 360001** | ☐ Unliquidated |
| **Los Angeles, CA 90096-0001** | ☐ Disputed |
| Date(s) debt was incurred  **various** | Basis for the claim:   **credit card purchases** |
| Last 4 digits of account number  **1006** | Is the claim subject to offset?  ■ No  ☐ Yes |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,895.00 |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
|---|---|
| **B & B Coatings Co.** | ☐ Contingent |
| **P.O. Box 660** | ☐ Unliquidated |
| **Fox Lake, IL 60020-0660** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:   **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,860.00 |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
|---|---|
| **Brian Kukuczka- C& J Contractors** | ☐ Contingent |
| **16441  88th Avenue** | ☐ Unliquidated |
| **Orland Park, IL 60462** | ■ Disputed |
| Date(s) debt was incurred  **various** | Basis for the claim:   **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ■ Yes |

| Debtor | **Century Contractors, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$759.00** |
|---|---|---|---|
| | **C.R. Schmidt, Inc.**<br>**29W002 Main Street**<br>**Unit 201A**<br>**Warrenville, IL 60555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$413.65** |
|---|---|---|---|
| | **Ceasar's Equipment Co.**<br>**9016 S. Oketo Avenue**<br>**Bridgeview, IL 60455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,029.00** |
|---|---|---|---|
| | **Chicago Machinery Co.**<br>**3142 Lincoln Hignway**<br>**Chicago Heights, IL 60411-7728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **2486** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,574.45** |
|---|---|---|---|
| | **Chicago Tire**<br>**16001 S. Van Drunen Road**<br>**South Holland, IL 60473** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number **127** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,764.00** |
|---|---|---|---|
| | **ComEd Real Estate Department**<br>**Three Lincoln Center**<br>**4th floor**<br>**Villa Park, IL 60181-4260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | **Basis for the claim:** **delinquent rent** | |
| | Last 4 digits of account number **0153** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.13** |
|---|---|---|---|
| | **Cresent Electric**<br>**P.O. Box500**<br>**East Dubuque, IL 61025-4420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **CRH Insurance Agency, LLC**<br>**1381 Wind Energy Pass**<br>**Batavia, IL 60510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **delinquent insurance premiums** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Century Contractors, Inc.** | |
|---|---|---|
| | Name | Case number *(if known)* |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.11**

Nonpriority creditor's name and mailing address
**Cut Weld Supply, Inc.**
**7323 West 90th Street**
**Bridgeview, IL 60455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,366.83

---

**3.12**

Nonpriority creditor's name and mailing address
**Dell Financial Services, LP**
**12234B North I-35**
**Austin, TX 78753-1705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$14,740.42

---

**3.13**

Nonpriority creditor's name and mailing address
**Denk & Roche Bldrs, Inc.**
**104 Gateway Road**
**Bensenville, IL 60106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

$7,872.50

---

**3.14**

Nonpriority creditor's name and mailing address
**Door Systems**
**P.O. Box 915**
**Bedford Park, IL 60499**

Date(s) debt was incurred _

Last 4 digits of account number  **0007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,494.67

---

**3.15**

Nonpriority creditor's name and mailing address
**FIRST Insurance Funding Corp.**
**P.O. Box 7000**
**Carol Stream, IL 60197-7000**

Date(s) debt was incurred _

Last 4 digits of account number  **6989**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **delinquent insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

$11,634.09

---

**3.16**

Nonpriority creditor's name and mailing address
**Fox River Components**
**5N172 Fox Bluff Court**
**Saint Charles, IL 60175-5174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,687.25

---

**3.17**

Nonpriority creditor's name and mailing address
**G.G. Construction, Inc.**
**P.O. Box 191**
**Willow Springs, IL 60480**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **subcontracting work**

Is the claim subject to offset? ■ No ☐ Yes

$44,409.50

---

| Debtor | **Century Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,325.25**

**Gallagher Asphalt**
**18100 S. Indiana Avenue**
**Thornton, IL 60476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.48**

**Guardian**
**Appleton P.O. Box 677458**
**Dallas, TX 75267-7458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7027**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,936.00**

**Haan Broker Service**
**3747 West Route 64**
**Lot 109**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,135.69**

**Hinsdale Bank & Trust Company**
**25 E. First Street**
**Hinsdale, IL 60521**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Deficiency judgment on repossessed car**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,283.49**

**Howell Tractor & Equipment, LLC**
**3111 W. 167th Street**
**Hazel Crest, IL 60429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,361.85**

**IAP Construction**
**20639 Amherst Ct.**
**Joliet, IL 60433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **subcontracting work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,750.00**

**Irvin Tractor**
**11601 S. Ridgeland Avenue**
**Alsip, IL 60803-5188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Century Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208,466.01** |
|---|---|---|---|

**J & L Construction and Development**
3449 S. Lituanica
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **subcontracting work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,541.93** |
|---|---|---|---|

**Jo-Mar Services, Inc.**
15332 Sulky
Homer Glen, IL 60491

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,147.05** |
|---|---|---|---|

**John B. Schwartz & Associates**

Chicago, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **delinquent attorney's fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,197.50** |
|---|---|---|---|

**John Durante & Son**
385 Cottage Avenue
Glen Ellyn, IL 60137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,782.00** |
|---|---|---|---|

**K & S Automatic Sprinklers, Inc.**
2619 Congress Street
Bellwood, IL 60104-2400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **CENTCONT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$491.64** |
|---|---|---|---|

**Kieft Brothers, Inc.**
75 Remittance Drive
Dept 6034
Chicago, IL 60675-6034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **CENTURY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Lion Construction 1, LLP-AP**
2598 S. 14000 E. Rd.
Pembroke Township, IL 60958

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Century Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,215.00**

**Liquid Capital Exchange, Inc.**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2917**

Basis for the claim:  **lawsuit for third party debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$488.63**

**MailFinance**
**Network Place**
**Chicago, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7317**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,079.80**

**Markham Asphalt Co.**
**13769 Main Street**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,050.00**

**McAllister Equipment Co.**
**12500 S. Cicero**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,012.71**

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,880.00**

**MEF Trucking & Maintenace, Inc.**
**9837 S. Kilbourn Avenue**
**Oak Lawn, IL 60453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,150.00**

**Miatt Construction**
**912 Geneva Street**
**Shorewood, IL 60404**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Century Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,758.00** |
|---|---|---|---|

**Midwest Masonry, Inc.**
**1335 Wilhelm Road**
**Suite A**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,806.87** |
|---|---|---|---|

**Midwest REM Enterprises, Inc.**
**2601 W. LeMoyne Street**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,853.80** |
|---|---|---|---|

**Mike LaPorte, d/b/a Bell Paving**
**10719 S. Talman**
**Chicago, IL 60655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __subcontracting work__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,836.93** |
|---|---|---|---|

**Moises Martinez-Moises Landscaping**
**6041 S. Mozart Street**
**Chicago, IL 60629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __subcontracting work__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,542.60** |
|---|---|---|---|

**Nelson Brothers, Inc.**
**4650 W. 120th Street**
**Alsip, IL 60803-2393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,404.59** |
|---|---|---|---|

**North American Speciality Insuance**
**c/o Elizer Law Group,LLC**
**5836 Lin oln Avenue -Ste 200**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Insurance claim fo payment on surety bond__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$385,000.00** |
|---|---|---|---|

**Northeast Regional Commuter RR Corp**
**547 W. Jackson Blvd**
**Chicago, IL 60600**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __attorneys fees and breach of contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Century Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.86** |
|---|---|---|---|
| | **Office Depot Credit Plan** | ☐ Contingent | |
| | **Dept 56-4203309330** | ☐ Unliquidated | |
| | **P.O. Box 78004** | ☐ Disputed | |
| | **Phoenix, AZ 85062-8004** | | |
| | | **Basis for the claim:** __Office supplies__ | |
| | Date(s) debt was incurred __various__ | | |
| | Last 4 digits of account number __9330__ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.01** |
|---|---|---|---|
| | **Ogden Avenue Materials** | ☐ Contingent | |
| | **935 W. Chestnut Street** | ☐ Unliquidated | |
| | **Suite 203** | ☐ Disputed | |
| | **Chicago, IL 60622-5445** | | |
| | | **Basis for the claim:** __Trade debt__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00** |
|---|---|---|---|
| | **Oosterbaan & Sons Company** | ☐ Contingent | |
| | **2515 west 147th Street** | ☐ Unliquidated | |
| | **Posen, IL 60469** | ☐ Disputed | |
| | | **Basis for the claim:** __Trade debt__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,180.00** |
|---|---|---|---|
| | **Outsource Fleet Services, Inc.** | ☐ Contingent | |
| | **6363 W. 73rd Street** | ☐ Unliquidated | |
| | **Chicago, IL 60638-6126** | ☐ Disputed | |
| | | **Basis for the claim:** __Trade debt__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __1042__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,381.43** |
|---|---|---|---|
| | **Peerless  Fence** | ☐ Contingent | |
| | **33W401 Roosevelt Road** | ☐ Unliquidated | |
| | **West Chicago, IL 60185** | ☐ Disputed | |
| | | **Basis for the claim:** __Trade debt__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,000.00** |
|---|---|---|---|
| | **PirTano Construction Comapny, Inc.** | ☐ Contingent | |
| | **1766 Armitage Court** | ☐ Unliquidated | |
| | **Addison, IL 60101** | ■ Disputed | |
| | | **Basis for the claim:** __Trade debt__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|
| | **Prime Design, Inc.** | ☐ Contingent | |
| | **2641 Leavitt Street** | ☐ Unliquidated | |
| | **Chicago, IL 60608** | ☐ Disputed | |
| | | **Basis for the claim:** __Trade debt__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Century Contractors, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,281.21** |
|---|---|---|---|
| | **Quick Fuel**<br>**P.O. Box 13009**<br>**Milwaukee, WI** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$906.00** |
|---|---|---|---|
| | **Secretary of State-Dept Bus. Affair**<br>**501 S. 2nd Street**<br>**Springfield, IL 62756-5510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,866.00** |
|---|---|---|---|
| | **Secretary of State-License Renewal**<br>**3701 Winchester Road**<br>**Springfield, IL 62707-9700** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **License renewals**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,954.70** |
|---|---|---|---|
| | **Shamrock Decorating, Inc.**<br>**12757 S. LaCrosse**<br>**Alsip, IL 60803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,888.88** |
|---|---|---|---|
| | **Shell**<br>**P.O. Box 183019**<br>**Columbus, OH 43218-3019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **7320** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.00** |
|---|---|---|---|
| | **Sound Off Alarm, Inc.**<br>**P.O. Box 466**<br>**Wood Dale, IL 60191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,668.67** |
|---|---|---|---|
| | **Speedway SuperAmerica, LLC**<br>**P.O. Box 1590**<br>**Springfield, OH 45501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Century Contractors, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$178.72**

**Sprint**
P.O. Box 4181
Carol Stream, IL 60197-4181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9711**

**Basis for the claim:  telephone bill**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,475.45**

**Superior Paving**
P.O. Box 98
Fox Lake, IL 60020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,788.00**

**Sweeney Concrete Construction, Inc.**
7226 West 105th Street
Palos Hills, IL 60465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,975.50**

**Town & Country Landscaping Supply**
P.O. Box 2150-W
Bedford Park, IL 60499-2150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,875.00**

**Union Pacific Railroad**
415 N. Kinzie Street
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,229.81**

**US Bank NA/Retail Payment Solutions**
P.O. Box 5229
Cincinnati, OH 45201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,196.64**

**Waste Management**
P.O. Box 4648
Carol Stream, IL 60197-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Century Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,433.22 |
|---|---|---|---|

**Waste Management**
**2421 W. Peoria Avenue**
**Suite 110**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**West Side Tractor**
**Dept #4570**
**Box 87618**
**Chicago, IL 60680-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.00 |
|---|---|---|---|

**Wilkins Insulation Co.**
**501 N. Corboy Road**
**Mount Prospect, IL 60056-5791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **660E**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.00 |
|---|---|---|---|

**Wirtz Rental Company**
**5707 S. Archer Avenue**
**Summit Argo, IL 60501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Donald Newman** | Line  **3.21** | __ |
| | | ☐ Not listed. Explain ____ | |
| 4.2 | **Lamphier & Kowalkowski, Ltd.**<br>**568 Spring Road**<br>**Suite B**<br>**Elmhurst, IL 60126** | Line  **3.50**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Lawrence C. Jaynes**<br>**2300 N. Barrington Road**<br>**Suite 451**<br>**Hoffman Estates, IL 60169** | Line  **3.39**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Pinzur, Cohen & Kerr, Ltd.**<br>**4180 RFD Rte 83**<br>**Suite 208**<br>**Lake Zurich, IL 60047** | Line  **3.52**<br><br>☐ Not listed. Explain ____ | __ |

---

| Debtor | **Century Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Thomas Paris**<br>**55 W. Monroe Street**<br>**Suite 3950**<br>**Chicago, IL 60603** | Line  **3.43**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** | Line  **3.67**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Weltman, Weinberg & Reis**<br>**180 N. LaSalle Street**<br>**Suite 240**<br>**Chicago, IL 60601** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **William J. Connelly, Esq.**<br>**Hinshaw & Culbertson, LLP**<br>**222. N. LaSalle St.-Suite 300**<br>**Chicago, IL 60601** | Line  **3.45**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 125,001.25 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,259,687.20 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,384,688.45 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Century Contractors, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **lease for 6501 W. 75th Street, Bedford Ppark, IL** | |
| State the term remaining | **Order for Possession on February 28, 2016** | **ComEd Real Estate Department** |
| List the contract number of any government contract | | **Three Lincoln Center**<br>**4th floor**<br>**Villa Park, IL 60181-4260** |

**Fill in this information to identify the case:**

Debtor name __**Century Contractors, Inc.**_____

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Century Contractors, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$614,224.70** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other  **sale of assets** | **$51,500.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$2,155,931.98** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | **$2,526,888.91** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Century Contractors, Inc.** _____  Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Brian Kukuczka- C& J Contractors 16441  88th Avenue Orland Park, IL 60462** | **Mr. Kukuczka wrongfully withholds a Hitachi EX35U Hydraulic excavator ($15,000.00 value)  and a 1995 Dynapac CA 152D Roller ($11,000.00 value)** | | **$26,000.00** |
| | Last 4 digits of account number: _____ | | |

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Liquid Capital Exchange, Inc. vs. Century Contractors, Inc. 2016 L 2917** | **Contract** | **Circuit Curt of Cook County, Illinois 50 W. Washington Street Chicago, IL 60602** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

Debtor   **Century Contractors, Inc.** _____   Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

<table>
<tr><td style="background:black;color:white">Part 5:</td><td>Certain Losses</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

<table>
<tr><td style="background:black;color:white">Part 6:</td><td>Certain Payments or Transfers</td></tr>
</table>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Martin Weisenburger**<br>**8630 Wheeler Drive**<br>**Orland Park, IL 60462-4704** | **Attorney Fees** | **9/16/2016** | **$2,500.00** |
| | **Email or website address**<br>**mweisenburger@sbcglobal.net** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Century Contractors, Inc.** _____   Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **IAP Construction**<br>**20639 Amherst Ct.**<br>**Joliet, IL 60433**<br><br>Relationship to debtor<br>_____ | **Hitachi EX150** | **7/12/2016** | **$10,000.00** |
| 13.2<br>. | **IAP Construction**<br>**20639 Amherst Ct**<br>**Joliet, IL 60433**<br><br>Relationship to debtor<br>_____ | **580L Loader Backhoe** | **6/1/2016** | **$7,700.00** |
| 13.3<br>. | **IAP Construction**<br>**20639 Amherst Ct.**<br>**Joliet, IL 60433**<br><br>Relationship to debtor<br>_____ | **Mustang Skidsteer 2070** | **6/1/2106** | **$2,500.00** |
| 13.4<br>. | **Nicholas Camarena**<br>**3141 N. Linden Avenue**<br>**Chicago, IL 60612-4108**<br><br>Relationship to debtor<br>**former employee** | **Mustang Skidsteer 2070** | **8/9/2016** | **$4,600.00** |
| 13.5<br>. | **IAP Construction**<br>**20639 Amherst Ct**<br>**Joliet, IL 60433**<br><br>Relationship to debtor<br>_____ | **John Deere Mini Excavator 35ZTS** | **7/22/2016** | **$12,000.00** |
| 13.6<br>. | **IAP Construction**<br>**20639 Amherst Ct**<br>**Joliet, IL 60433**<br><br>Relationship to debtor<br>_____ | **Dynapac Roller** | **6/1/2016** | **$2,200.00** |
| 13.7<br>. | **IAP Construction**<br>**20639 Amherst Ct**<br>**Joliet, IL 60433**<br><br>Relationship to debtor<br>_____ | **1999 Ford F450 Truck** | **7/12/2016** | **$5,000.00** |
| 13.8<br>. | **IAP Construction**<br>**20639 Amherst Ct.**<br>**Joliet, IL 60433**<br><br>Relationship to debtor<br>_____ | **2002 Chevy 1 ton Pick up truck** | **7/22/2016** | **$6,000.00** |

Debtor    **Century Contractors, Inc.**                                         Case number *(if known)*

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.9<br>. | **IAP Construction**<br>**200639 Amherst Ct.**<br>**Joliet, IL 60433** | black trailer | **7/1/2016** | **$500.00** |
| | Relationship to debtor | | | |

| | | | | |
|---|---|---|---|---|
| 13.1<br>0. | **IAP Construction**<br>**200639 Amherst Ct.**<br>**Joliet, IL 60433** | homemade trailer | **7/1/2016** | **$1,000.00** |
| | Relationship to debtor | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses, account/invoice numbers and amounts due from customers**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☐ Yes. Fill in below:

| Debtor | **Century Contractors, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Name of plan | Employer identification number of the plan |
|---|---|
| **Century Contractors, Inc. Retirement savings Plan** | EIN:  **36-3363310** |

Has the plan been terminated?

☐ No
■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Belt Line Railroad**<br>**79th & Kedzie Avenue**<br>**Chicago, IL** | **Belt Line Railroad**<br>**Company of Chicago**<br>**6900 S. Central Avenue**<br>**Bedford Park,  IL 60638** | **Kawasaki Loader** | ☐ No<br>■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Century Contractors, Inc.**                                              Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Spencer Douglas** <br> **8999 Palmer** <br> **River Grove, IL 60171** | **tax work 2012 to 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

---

Official Form 207                 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 page **7**

Debtor   **Century Contractors, Inc.**                  Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Spencer Douglas**<br>**8999 Palmer**<br>**River Grove, IL 60171** | **tax returns 2013-2015** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ian Proce** | **15321 Heritage Drive**<br>**Plainfield, IL 60544** | **Sole shareholder, director and president** | **100** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **John Proce** | **1548 New Castle Avenue**<br>**Westchester, IL 60154** | **President, sole shareholder & sole director** | **date of incorporation until hi death on February 15, 2016** |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  **John Proce**<br>.    **1548 New Castle Avenue**<br>**Westchester, IL 60154** | **salary for 2015=$12,110.40**<br>**salary  for 2016=$1513.80** | **various** | **salary** |
| **Relationship to debtor**<br>**President** | | | |

Debtor   **Century Contractors, Inc.**                                    Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Century Contractors, Inc. Retirement Savings Plan** | **EIN:    36-3363310** |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  2, 2016**

**/s/ Ian Proce**                                         **Ian Proce**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Century Contractors, Inc. Retirement Savings Plan** | EIN:   **36-3363310** |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/28/16

_____ PRESIDENT          **Ian Proce**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Century Contractors, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **2,500.00** |
    | Prior to the filing of this statement I have received | $ | **2,500.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Date  10/28/2016

Martin J. Weisenburger
*Signature of Attorney*
**Martin Weisenburger**
**8630 Wheeler Drive**
**Orland Park, IL 60462-4704**

**mweisenburger@sbcglobal.net**
*Name of law firm*

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   **Century Contractors, Inc.**                                    Case No.

                                    Debtor(s)         Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

                                    Number of Creditors:                    **91**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   10/28/16                         ~~~~~~~~~      PRESIDENT
                                         **Ian Proce/President**
                                         Signer/Title

American Express
Box 360001
Los Angeles, CA 90096-0001


B & B Coatings Co.
P.O. Box 660
Fox Lake, IL 60020-0660


Brian Kukuczka- C& J Contractors
16441 88th Avenue
Orland Park, IL 60462


C.R. Schmidt, Inc.
29W002 Main Street
Unit 201A
Warrenville, IL 60555


Ceasar's Equipment Co.
9016 S. Oketo Avenue
Bridgeview, IL 60455


Chicago Machinery Co.
3142 Lincoln Hignway
Chicago Heights, IL 60411-7728


Chicago Tire
16001 S. Van Drunen Road
South Holland, IL 60473


ComEd Real Estate Department
Three Lincoln Center
4th floor
Villa Park, IL 60181-4260


Cresent Electric
P.O. Box500
East Dubuque, IL 61025-4420


CRH Insurance Agency, LLC
1381 Wind Energy Pass
Batavia, IL 60510


Cut Weld Supply, Inc.
7323 West 90th Street
Bridgeview, IL 60455

Dell Financial Services, LP
12234B North I-35
Austin, TX 78753-1705


Denk & Roche Bldrs, Inc.
104 Gateway Road
Bensenville, IL 60106


Donald Newman


Door Systems
P.O. Box 915
Bedford Park, IL 60499


FIRST Insurance Funding Corp.
P.O. Box 7000
Carol Stream, IL 60197-7000


Fox River Components
5N172 Fox Bluff Court
Saint Charles, IL 60175-5174


G.G. Construction, Inc.
P.O. Box 191
Willow Springs, IL 60480


Gallagher Asphalt
18100 S. Indiana Avenue
Thornton, IL 60476


Guardian
Appleton P.O. Box 677458
Dallas, TX 75267-7458


Haan Broker Service
3747 West Route 64
Lot 109
Westchester, IL 60154


Hinsdale Bank & Trust Company
25 E. First Street
Hinsdale, IL 60521

Howell Tractor & Equipment, LLC
3111 W. 167th Street
Hazel Crest, IL 60429


IAP Construction
20639 Amherst Ct.
Joliet, IL 60433


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Dept of Employment Securit
3637
Springfield, IL 62708-3637


Internal Revenue Service
Central Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Irvin Tractor
11601 S. Ridgeland Avenue
Alsip, IL 60803-5188


J & L Construction and Development
3449 S. Lituanica
Chicago, IL 60608


Jo-Mar Services, Inc.
15332 Sulky
Homer Glen, IL 60491


John B. Schwartz & Associates
Chicago, IL


John Durante & Son
385 Cottage Avenue
Glen Ellyn, IL 60137


K & S Automatic Sprinklers, Inc.
2619 Congress Street
Bellwood, IL 60104-2400

Kieft Brothers, Inc.
75 Remittance Drive
Dept 6034
Chicago, IL 60675-6034


Lamphier & Kowalkowski, Ltd.
568 Spring Road
Suite B
Elmhurst, IL 60126


Lawrence C. Jaynes
2300 N. Barrington Road
Suite 451
Hoffman Estates, IL 60169


Lion Construction 1, LLP-AP
2598 S. 14000 E. Rd.
Pembroke Township, IL 60958


Liquid Capital Exchanage, Inc.


MailFinance
Network Place
Chicago, IL 60673-1258


Markham Asphalt Co.
13769 Main Street
Lemont, IL 60439


McAllister Equipment Co.
12500 S. Cicero
Alsip, IL 60803


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


MEF Trucking & Maintenace, Inc.
9837 S. Kilbourn Avenue
Oak Lawn, IL 60453


Miatt Construction
912 Geneva Street
Shorewood, IL 60404

Midwest Masonry, Inc.
1335 Wilhelm Road
Suite A
Mundelein, IL 60060


Midwest REM Enterprises, Inc.
2601 W. LeMoyne Street
Melrose Park, IL 60160


Mike LaPorte, d/b/a Bell Paving
10719 S. Talman
Chicago, IL 60655


Moises Martinez-Moises Landscaping
6041 S. Mozart Street
Chicago, IL 60629


Nelson Brothers, Inc.
4650 W. 120th Street
Alsip, IL 60803-2393


Nicholas Camarena
3141 N. Linden Avenue
Chicago, IL 60612-4108


North American Speciality Insuance
c/o Elizer Law Group,LLC
5836 Lin oln Avenue -Ste 200
Morton Grove, IL 60053


Northeast Regional Commuter RR Corp
547 W. Jackson Blvd
Chicago, IL 60600


Office Depot Credit Plan
Dept 56-4203309330
P.O. Box 78004
Phoenix, AZ 85062-8004


Ogden Avenue Materials
935 W. Chestnut Street
Suite 203
Chicago, IL 60622-5445

Oosterbaan & Sons Company
2515 west 147th Street
Posen, IL 60469


Outsource Fleet Services, Inc.
6363 W. 73rd Street
Chicago, IL 60638-6126


Peerless  Fence
33W401 Roosevelt Road
West Chicago, IL 60185


Pinzur, Cohen & Kerr, Ltd.
4180 RFD Rte 83
Suite 208
Lake Zurich, IL 60047


PirTano Construction Comapny, Inc.
1766 Armitage Court
Addison, IL 60101


Prime Design, Inc.
2641 Leavitt Street
Chicago, IL 60608


Quick Fuel
P.O. Box 13009
Milwaukee, WI


Reike Office Interiors
c/o David Halprin, attorney at law
1400 Torrence Avenue-Suite 211-A
Calumet City, IL 60409


RLI Insurance Company
c/o Clausen Miller, PC
10 S. LaSalle Street, Suite
Chicago, IL 60606


Secretary of State-Dept Bus. Affair
501 S. 2nd Street
Springfield, IL 62756-5510

Secretary of State-License Renewal
3701 Winchester Road
Springfield, IL 62707-9700


Shamrock Decorating, Inc.
12757 S. LaCrosse
Alsip, IL 60803


Shell
P.O. Box 183019
Columbus, OH 43218-3019


Sound Off Alarm, Inc.
P.O. Box 466
Wood Dale, IL 60191


Speedway SuperAmerica, LLC
P.O. Box 1590
Springfield, OH 45501


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Superior Paving
P.O. Box 98
Fox Lake, IL 60020


Sweeney Concrete Construction, Inc.
7226 West 105th Street
Palos Hills, IL 60465


Thomas Paris
55 W. Monroe Street
Suite 3950
Chicago, IL 60603


Town & Country Landscaping Supply
P.O. Box 2150-W
Bedford Park, IL 60499-2150


Union Pacific Railroad
415 N. Kinzie Street
Chicago, IL 60654

US Bank NA/Retail Payment Solutions
P.O. Box 5229
Cincinnati, OH 45201

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

Weltman, Weinberg & Reis
180 N. LaSalle Street
Suite 240
Chicago, IL 60601

West Side Tractor
Dept #4570
Box 87618
Chicago, IL 60680-0618

Wilkins Insulation Co.
501 N. Corboy Road
Mount Prospect, IL 60056-5791

William J. Connelly, Esq.
Hinshaw & Culbertson, LLP
222. N. LaSalle St.-Suite 300
Chicago, IL 60601

Wirtz Rental Company
5707 S. Archer Avenue
Summit Argo, IL 60501

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   Century Contractors, Inc.

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Century Contractors, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Ian Proce
15321 Heritage Drive
Plainfield, IL 60544

☐ None [*Check if applicable*]

Date   10/28/2016

Martin J. Weisenburger
Signature of Attorney or Litigant
Counsel for   Century Contractors, Inc.
Martin Weisenburger
8630 Wheeler Drive
Orland Park, IL 60462-4704

mweisenburger@sbcglobal.net