# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Century Contractors, Inc. | § | Case No. 16-35083 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/02/2016 . The undersigned trustee was appointed on 11/02/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $   190,239.67

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 21,127.18 |
| Bank service fees | 520.52 |
| Other payments to creditors | 19,649.31 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 148,942.66 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/31/2017  and the deadline for filing governmental claims was  05/01/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,761.98 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,761.98 , for a total compensation of $ 12,761.98 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 39.48 , for total expenses of $ 39.48 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _06/13/2018_____     By:/s/STEVEN R. RADTKE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-35083 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Century Contractors, Inc. | | | | Date Filed (f) or Converted (c): | 11/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2016 |
| For Period Ending: | 06/13/2018 | | | | Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Refund of Credit (u) | 903.54 | 903.54 | | 903.54 | FA |
| 2. Byline Bank checking 6466 | Unknown | 0.00 | | 0.00 | FA |
| 3. U.S. Bank-overdrawn ($114.41) checking 3481 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America checking 7126 | 1,874.90 | 1,874.90 | | 1,875.28 | FA |
| 5. Account Receivable | 72,228.25 | 0.00 | | 0.00 | FA |
| 6. Account Receivable | 32,500.00 | 0.00 | | 0.00 | FA |
| 7. Account Receivable | 14,000.00 | 0.00 | | 0.00 | FA |
| 8. Account Receivable | 1,300.00 | 0.00 | | 0.00 | FA |
| 9. Account Receivable | 3,375.68 | 0.00 | | 0.00 | FA |
| 10. Account Receivable | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Account Receivable | 45,910.50 | 0.00 | | 0.00 | FA |
| 12. Account Receivable | 6,903.89 | 0.00 | | 0.00 | FA |
| 13. Account Receivable | 15,508.75 | 0.00 | | 0.00 | FA |
| 14. Account Receivable | 12,153.80 | 0.00 | | 0.00 | FA |
| 15. Account Receivable | 9,980.00 | 0.00 | | 0.00 | FA |
| 16. Account Receivable | 5,927.05 | 0.00 | | 5,927.05 | FA |
| 17. Account Receivable | 1,360.00 | 0.00 | | 0.00 | FA |
| 18. Account Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 19. Account Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 20. Account Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 21. Account Receivable | 4,216.00 | 0.00 | | 0.00 | FA |
| 22. Account Receivable | 1,360.00 | 0.00 | | 0.00 | FA |
| 23. Account Receivable | 3,120.00 | 0.00 | | 0.00 | FA |
| 24. Account Receivable | 129,702.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-35083 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Century Contractors, Inc. | | | | Date Filed (f) or Converted (c): | 11/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2016 |
| For Period Ending: | 06/13/2018 | | | | Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  Account Receivable | 532,289.28 | 0.00 | | 0.00 | FA |
| 26.  Account Receivable | 3,797.50 | 0.00 | | 0.00 | FA |
| 27.  Raw materials | Unknown | 0.00 | | 510.00 | FA |
| 28.  Work in progress | 0.00 | 0.00 | | 0.00 | FA |
| 29.  Finished goods, including goods held for resale | 0.00 | 0.00 | | 0.00 | FA |
| 30.  Supplies | 3,000.00 | 3,000.00 | | 2,432.00 | FA |
| 31.  Desks, chairs, tables, computer, television, coffee pot | 1,000.00 | 1,000.00 | | 720.00 | FA |
| 32.  Mobile office trailer | Unknown | 0.00 | | 400.00 | FA |
| 33.  Atlas Air Compressor | 3,000.00 | 3,000.00 | | 1,400.00 | FA |
| 34.  2001 Waldon WD80 Dozer | 15,000.00 | 15,000.00 | | 8,000.00 | FA |
| 35.  Hitachi EX35U Hydraulic Excavator | 15,000.00 | 15,000.00 | | 14,000.00 | FA |
| 36.  Hitachi EX35U Hydraulic Excavator-wrongfully held by C&J Con | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 37.  1995 Dynapac CA 152D Roller-wrongfully held by C&J Contracto | 11,000.00 | 11,000.00 | | 12,000.00 | FA |
| 38.  1994 Bomag Roller | 4,000.00 | 4,000.00 | | 5,500.00 | FA |
| 39.  2003 Protec DV230 Roller | 14,000.00 | 0.00 | | 6,250.00 | FA |
| 40.  2000 Kawasaki loader | 50,000.00 | 0.00 | | 13,000.00 | FA |
| 41.  Hypac Roller | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 42.  Elite Series Pressure Washer-not operable | Unknown | Unknown | | 0.00 | FA |
| 43.  2 trailers | Unknown | 0.00 | | 0.00 | FA |
| 44.  Daewoo G25E Forklift | 1,000.00 | 0.00 | | 7,750.00 | FA |
| 45.  Flatbed and fuel tank | Unknown | 0.00 | | 300.00 | FA |
| 46.  Barricade Lites, Inc. - Over Payment Refund (u) | 2,001.80 | 2,001.80 | | 2,001.80 | FA |
| 47.  3 breakers | 0.00 | 0.00 | | 1,600.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-35083 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Century Contractors, Inc. | | | | Date Filed (f) or Converted (c): | 11/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2016 |
| For Period Ending: | 06/13/2018 | | | | Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 48. Welder | Unknown | 0.00 | | 55.00 | FA |
| 49. Metal prefab bldg on leased property. Landlord wants buildin | Unknown | 0.00 | | 0.00 | FA |
| 50. Miscellaneous furniture, equipment, parts etc. (u) | 0.00 | 2,015.00 | | 2,015.00 | FA |
| 51. Debtor's Unsold Property (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 52. Hitachi EX150 Hyrdraulic Excavator s/n 1333515 (u) | 0.00 | 13,000.00 | | 13,000.00 | FA |
| 53. John Deere 35ZTS Mini Excavator (u) | 0.00 | 14,000.00 | | 14,000.00 | FA |
| 54. Caterpillar 420D 4x4 Loader Backhoe (u) | 0.00 | 23,500.00 | | 23,500.00 | FA |
| 55. Case 580L 4x4 Loader Backhoe (u) | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 56. Caterpillar D5C Crawler Tractor (u) | 0.00 | 13,000.00 | | 13,000.00 | FA |
| 57. Dynapac 42" CC102 10 Series Tandum Vibratory Smooth Drum Rol (u) | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 58. White GMC 16' T/A Dump Truck (u) | 0.00 | 9,250.00 | | 9,250.00 | FA |
| 59. Chevrolet 3500HD 9' Contractors Dump Truck (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 60. Ford F450 XLT Super Duty Utility Truck (u) | 0.00 | 5,500.00 | | 5,500.00 | FA |
| 61. Ford F150 XL Pickup Truck (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 62. Home Made 96" x 34" T/A Tilt Bed Trailer (u) | 0.00 | 2,300.00 | | 2,300.00 | FA |
| 63. Beaver Creek 102" x 18' T/A Equipment Trailer (u) | 0.00 | 0.00 | | 750.00 | FA |
| 64. Mfg. N/A 20' T/A Equipment Trailer (u) | 0.00 | 1,800.00 | | 1,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,043,912.94 | $186,645.24 | | $190,239.67 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

4/2018  Filed final tax returns; being working on TFR and fee petition

3/2018 Collected and disbursed settlement proceeds in accordance with settlement order

12/2017 Trustee retained auctioneer to conduct second sale of property that was the subject of the avoidance claim; auction conducted

10/2017  Efforts to collect accounts receivable continue; investigation into avoidance actions continues

6/2017  Trustee retained collection firm to attempt to collect accounts receivable; investigate possible avoidance actions

3/2016 Auction held; possible sale of AR

1/2017 Employed auctioneer

12/28/16 Filed initial report

11/2016 Opened bank account; have not yet filed Initial Report of Assets


Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-35083 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Century Contractors, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6289 |
| | Checking |
| Taxpayer ID No: XX-XXX3310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/16 | 1 | United HealthCare Svs Inc.<br>Oldsmar Billing -CCU<br>601 Brooker Creek Blvd.<br>Oldsmar, FL 34677-2962 | Refund of Credit Inv. # 0041894851 | 1290-000 | $903.54 | | $903.54 |
| 12/27/16 | 1001 | Coporation Service Company<br>P.O. Box 13397<br>Philadelphia, PA 19101-3397 | Payment for Tax and Lien Search<br>Invoice No. 81105075536 | 2990-000 | | $468.75 | $434.79 |
| 03/07/17 | 46 | Barricade Lites, Inc.<br>1490 Jeffrey Drive<br>Addison, IL 60101 | Refund of Overpayment | 1290-000 | $2,001.80 | | $2,436.59 |
| 04/06/17 | | Heath Industrial Auction Services, Inc.<br>Escrow Account<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Proceeds of Auction (3/16/17) | | $75,932.00 | | $78,368.59 |
| | | | Gross Receipts      $75,932.00 | | | | |
| | 27 | | Raw materials      $510.00 | 1129-000 | | | |
| | 30 | | Supplies      $2,432.00 | 1129-000 | | | |
| | 31 | | Desks, chairs, tables, computer, television, coffee pot      $720.00 | 1129-000 | | | |
| | 32 | | Mobile office trailer      $400.00 | 1129-000 | | | |
| | 33 | | Atlas Air Compressor      $1,400.00 | 1129-000 | | | |
| | 34 | | 2001 Waldon WD80 Dozer      $8,000.00 | 1129-000 | | | |
| | 35 | | Hitachi EX35U Hydraulic Excavator      $14,000.00 | 1129-000 | | | |
| | 37 | | 1995 Dynapac CA 152D Roller- wrongfully held by C&J Contracto      $12,000.00 | 1229-000 | | | |
| | 38 | | 1994 Bomag Roller      $5,500.00 | 1229-000 | | | |
| | 39 | | 2003 Protec DV230 Roller      $6,250.00 | 1229-000 | | | |
| | 40 | | 2000 Kawasaki loader      $13,000.00 | 1129-000 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | | Page Subtotals: | | $78,837.34 | $468.75 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-35083 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Century Contractors, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6289 |
| | Checking |
| Taxpayer ID No: XX-XXX3310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 44 | | Daewoo G25E Forklift | $7,750.00 | 1129-000 | | | |
| | 45 | | Flatbed and fuel tank | $300.00 | 1129-000 | | | |
| | 47 | | 3 breakers | $1,600.00 | 1129-000 | | | |
| | 48 | | Welder | $55.00 | 1229-000 | | | |
| | 50 | | Miscellaneous furniture, equipment, parts etc. | $2,015.00 | 1229-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $78,358.59 |
| 04/14/17 | 4 | Bank of America, N.A.<br>San Antonio, TX | Collection of bank account | | 1129-000 | $1,875.28 | | $80,233.87 |
| 05/01/17 | 1002 | Health Industrial Auction Services, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Auctioneer Expenses per order of Court | | 3620-000 | | $10,963.92 | $69,269.95 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $96.04 | $69,173.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $110.19 | $69,063.72 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $99.37 | $68,964.35 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $102.54 | $68,861.81 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $102.38 | $68,759.43 |
| 01/23/18 | | Heath Industrial Auction Services, Inc. Escrow Account<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Proceeds of Auction (12/21/17) | | | $90,892.50 | | $159,651.93 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $92,767.78 | $11,484.44 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-35083 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Century Contractors, Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6289 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3310 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts | $90,892.50 | | | |
| | 52 | | Hitachi EX150 Hyrdraulic Excavator s/n 1333515 | $13,000.00 | 1229-000 | | |
| | 53 | | John Deere 35ZTS Mini Excavator | $14,000.00 | 1229-000 | | |
| | 54 | | Caterpillar 420D 4x4 Loader Backhoe | $23,500.00 | 1229-000 | | |
| | 55 | | Case 580L 4x4 Loader Backhoe | $9,000.00 | 1229-000 | | |
| | 56 | | Caterpillar D5C Crawler Tractor | $13,000.00 | 1229-000 | | |
| | 57 | | Dynapac 42" CC102 10 Series Tandum Vibratory Smooth Drum Rol | $4,500.00 | 1229-000 | | |
| | 59 | | Chevrolet 3500HD 9' Contractors Dump Truck | $4,000.00 | 1229-000 | | |
| | 60 | | Ford F450 XLT Super Duty Utility Truck | $5,500.00 | 1229-000 | | |
| | 61 | | Ford F150 XL Pickup Truck | $3,000.00 | 1229-000 | | |
| | 62 | | Home Made 96" x 34" T/A Tilt Bed Trailer | $642.50 | 1229-000 | | |
| | 63 | | Beaver Creek 102" x 18' T/A Equipment Trailer | $750.00 | 1229-000 | | |
| 02/15/18 | | Heath Industrial Auction Services, Inc. Escrow Account 508 West Brittany Drive Arlington, Heights, IL 60004 | Balance of Proceeds of Auction (12/21/17) | | $12,707.50 | | $172,359.43 |
| | | | Gross Receipts | $12,707.50 | | | |
| | 58 | | White GMC 16' T/A Dump Truck | $9,250.00 | 1229-000 | | |
| | 62 | | Home Made 96" x 34" T/A Tilt Bed Trailer | $1,657.50 | 1229-000 | | |
| | 64 | | Mfg. N/A 20' T/A Equipment Trailer | $1,800.00 | 1229-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*         Page Subtotals:                              $12,707.50            $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-35083 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Century Contractors, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6289 |
| | Checking |
| Taxpayer ID No: XX-XXX3310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/18 | 1003 | Heath Industrial Auction Services, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Auctioneer Expenses per order of Court | 3620-000 | | $7,916.39 | $164,443.04 |
| 03/01/18 | 1004 | I.A.P. Construction, Inc.<br>15321 South Heritage Drive<br>Plainfield, IL 60544 | Payment in Full Satisfaction of Amounts Due Under Settlement | 4210-000 | | $19,649.31 | $144,793.73 |
| 04/30/18 | 16 | Susana A.Mendoza<br>State of Illinois Comptroller<br>325 West Adams Street<br>Springfield, IL 62704-1871 | Accounts receivable<br>State of Illinois | 1121-000 | $5,927.05 | | $150,720.78 |
| 05/03/18 | 1005 | JNR Adjustment Company<br>3300 Fernbrook Lane<br>Suite 225<br>Plymouth, MN 55447 | Collection Fee | 3991-000 | | $1,778.12 | $148,942.66 |

| | | |
|---|---|---|
| COLUMN TOTALS | $190,239.67 | $41,297.01 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $190,239.67 | $41,297.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $190,239.67 | $41,297.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*          Page Subtotals:   $5,927.05   $29,343.82

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6289 - Checking | $190,239.67 | $41,297.01 | $148,942.66 |
| | $190,239.67 | $41,297.01 | $148,942.66 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $190,239.67 |
| Total Gross Receipts: | $190,239.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-35083  
Debtor Name: Century Contractors, Inc.  
Claims Bar Date: 3/31/2017  
Date: June 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $12,761.98 | $12,761.98 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $39.48 | $39.48 |
| 13 100 2950 | Office Of The U.S. Trustee<br>219 S. Dearborn Street<br>Room 873<br>Chicago, Il 60604 | Administrative | | $0.00 | $3,250.00 | $3,250.00 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $54,937.50 | $54,937.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $531.63 | $531.63 |
| 100 3410 | Kutchins, Robbins & Diamond, Ltd.<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Administrative | | $0.00 | $7,879.50 | $7,879.50 |
| 100 3991 | JNR Adjustment Company<br>3300 Fernbrook Lane<br>Suite 225<br>Plymouth, MN 55447 | Administrative | Collection Fee previously paid pursuant to retention agreement | $0.00 | $1,778.12 | $1,778.12 |
| 1B 280 5800 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Priority | Taxes or penalties portion | $0.00 | $9,019.53 | $9,019.53 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-35083  
Debtor Name: Century Contractors, Inc.  
Claims Bar Date: 3/31/2017  

Date: June 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>280<br>5800 | Internal Revenue Service<br>Central Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, Pa 19114 | Priority | Taxes or penalties portion | $0.00 | $708.75 | $708.75 |
| 10A<br>280<br>5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 19035<br>Springfield, Il 62794-9035 | Priority | Taxes and penalties portion | $0.00 | $3,619.41 | $3,619.41 |
| 1C<br>300<br>7100 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Unsecured | | $0.00 | $13,464.57 | $13,464.57 |
| 2<br>300<br>7100 | American Express Travel Related Services Company, Inc.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $2,850.79 | $2,850.79 | $2,850.79 |
| 3<br>300<br>7100 | Liquid Capital Exchange Inc.<br>C/O Weltman Weinbert & Reis Co Lpa<br>180 N Lasalle Street Suite 2400<br>Chicago, Il 60601 | Unsecured | | $62,215.00 | $65,076.42 | $65,076.42 |
| 4<br>300<br>7100 | Fox River Components<br>5N172 Fox Bluff Court<br>Saint Charles, Il 60175-5174 | Unsecured | | $1,687.25 | $1,012.35 | $1,012.35 |
| 5<br>300<br>7100 | Abatement Materials, Inc.<br>12700 S. Butler<br>Chicago, Il 60633 | Unsecured | | $0.00 | $29,152.95 | $29,152.95 |
| 6B<br>300<br>7100 | Internal Revenue Service<br>Central Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, Pa 19114 | Unsecured | Unsecured portion of claim | $0.00 | $2,243.85 | $2,243.85 |
| 7<br>300<br>7100 | Nelson Brothers, Inc<br>Thomas M. Paris<br>55 W. Monroe, Suite 3950<br>Chicago, Il 60603 | Unsecured | | $17,542.60 | $17,542.60 | $17,542.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-35083  
Debtor Name: Century Contractors, Inc.  
Claims Bar Date: 3/31/2017  
Date: June 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | North American Speciality Insuance<br>C/O Elizer Law Group,Llc<br>5836 Lin Oln Avenue -Ste 200<br>Morton Grove, Il 60053 | Unsecured | | $68,404.59 | $71,931.02 | $71,931.02 |
| 9<br>300<br>7100 | Comed Real Estate Department<br>Joseph P. Kincaid<br>Swanson Martin & Bell<br>330 N. Wabash, Suite 3300<br>Chicago, Il 60611 | Unsecured | | $30,764.00 | $48,202.00 | $48,202.00 |
| 10B<br>300<br>7100 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 19035<br>Springfield, Il 62794-9035 | Unsecured | | $0.00 | $507.59 | $507.59 |
| 12<br>300<br>7100 | Parkway Bank And Trust Company<br>C/O Scott & Kraus, Llc<br>150 S. Wacker Dr., Suite 2900<br>Chicago, Illinois 60606 | Unsecured | | $0.00 | $3,101.15 | $3,101.15 |
| 11<br>400<br>4110 | Parkway Bank And Trust Company<br>C/O Scott & Kraus, Llc<br>150 S. Wacker Dr., Suite 2900<br>Chicago, Illinois 60606 | Secured | | $0.00 | $1,355.22 | $1,355.22 |
| 1<br>400<br>4800 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Secured | | $0.00 | $14,208.41 | $14,208.41 |
| | Case Totals | | | $183,464.23 | $365,174.82 | $365,174.82 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-35083
Case Name: Century Contractors, Inc.
Trustee Name: STEVEN R. RADTKE

Balance on hand $ 148,942.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Illinois Department Of Employment Security | $ 14,208.41 | $ 14,208.41 | $ 0.00 | $ 14,208.41 |
| 11 | Parkway Bank And Trust Company | $ 1,355.22 | $ 1,355.22 | $ 0.00 | $ 1,355.22 |

Total to be paid to secured creditors $ 15,563.63

Remaining Balance $ 133,379.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 12,761.98 | $ 0.00 | $ 12,761.98 |
| Trustee Expenses: STEVEN R. RADTKE | $ 39.48 | $ 0.00 | $ 39.48 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 54,937.50 | $ 0.00 | $ 54,937.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 531.63 | $ 0.00 | $ 531.63 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ 7,879.50 | $ 0.00 | $ 7,879.50 |
| Fees: Office Of The U.S. Trustee | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Other: JNR Adjustment Company | $ 1,778.12 | $ 1,778.12 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $ 79,400.09

    Remaining Balance      $ 53,978.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,347.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Illinois Department Of Employment Security | $ 9,019.53 | $ 0.00 | $ 9,019.53 |
| 6 | Internal Revenue Service | $ 708.75 | $ 0.00 | $ 708.75 |
| 10A | Illinois Department Of Revenue Bankruptcy Section | $ 3,619.41 | $ 0.00 | $ 3,619.41 |

    Total to be paid to priority creditors      $ 13,347.69

    Remaining Balance      $ 40,631.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 255,085.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1C | Illinois Department Of Employment Security | $ 13,464.57 | $ 0.00 | $ 2,144.70 |
| 2 | American Express Travel Related Services Company, | $ 2,850.79 | $ 0.00 | $ 454.09 |
| 3 | Liquid Capital Exchange Inc. | $ 65,076.42 | $ 0.00 | $ 10,365.69 |
| 4 | Fox River Components | $ 1,012.35 | $ 0.00 | $ 161.25 |
| 5 | Abatement Materials, Inc. | $ 29,152.95 | $ 0.00 | $ 4,643.63 |
| 6B | Internal Revenue Service | $ 2,243.85 | $ 0.00 | $ 357.41 |
| 7 | Nelson Brothers, Inc | $ 17,542.60 | $ 0.00 | $ 2,794.27 |
| 8 | North American Speciality Insuance | $ 71,931.02 | $ 0.00 | $ 11,457.53 |
| 9 | Comed Real Estate Department | $ 48,202.00 | $ 0.00 | $ 7,677.85 |
| 10B | Illinois Department Of Revenue Bankruptcy Section | $ 507.59 | $ 0.00 | $ 80.85 |
| 12 | Parkway Bank And Trust Company | $ 3,101.15 | $ 0.00 | $ 493.98 |

Total to be paid to timely general unsecured creditors     $         40,631.25

Remaining Balance                                          $              0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE