UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-35083 |
| | ) | |
| CENTURY CONTRACTORS, | ) | Hon. Jacqueline P. Cox |
| INC., | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **June 14, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

CenturyContractorsNFRCrtSrv

# SERVICE LIST
## CENTURY CONTRACTORS, INC., DEBTOR
## CASE NO. 16-35083

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Century Contractors, Inc.
6401 West 75th Street
Chicago, IL 60638

Illinois Department of Employment Security
33 S State St., 10th Flr Coll. Bkry
Chicago, Illinois 60603
Attn. Amelia T. Yabes

American Express Travel Related
 Services Company, Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Liquid Capital Exchange Inc.
c/o Weltman Weinbert & Reis Co LPA
180 N LaSalle Street Suite 2400
Chicago, IL 60601

Fox River Components
5N172 Fox Bluff Court
Saint Charles, IL 60175-5174

Abatement Materials, Inc.
c/o Laurie A. Silvestri
70 W Madison St
Suite 1400
Chicago, IL 60602

Internal Revenue Service
Central Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Nelson Brothers, Inc
Thomas M. Paris
55 W. Monroe, Suite 3950
Chicago, IL 60603

North American Speciality Insuance
c/o Elizer Law Group,LLC
5836 Lin oln Avenue -Ste 200
Morton Grove, IL 60053

ComEd Real Estate Department
Joseph P. Kincaid
Swanson Martin & Bell
330 N. Wabash, Suite 3300
Chicago, IL 60611

Illinois Department of Revenue
 Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

Parkway Bank and Trust Company
c/o Scott & Kraus, LLC
150 S. Wacker Dr., Suite 2900
Chicago, Illinois 60606

CenturyContractorsTFRSrvList

1