# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In Re: §
§
Century Contractors, Inc. §     Case No. 16-35083
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 916,205.65 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  89,191.88 | Claims Discharged Without Payment:  1,508,039.78 |
| Total Expenses of Administration:  101,047.79 | |

3) Total gross receipts of $ 190,239.67  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 190,239.67  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 176,930.15 | $ 40,136.77 | $ 35,212.94 | $ 35,212.94 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 101,047.79 | 101,047.79 | 101,047.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 120,501.60 | 104,520.94 | 13,347.69 | 13,347.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,259,687.20 | 255,085.29 | 255,085.29 | 40,631.25 |
| **TOTAL DISBURSEMENTS** | $ 1,557,118.95 | $ 500,790.79 | $ 404,693.71 | $ 190,239.67 |

4) This case was originally filed under chapter 7 on  11/02/2016 .  The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/05/2018                    By:/s/STEVEN R. RADTKE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Receivable | 1121-000 | 5,927.05 |
| 2000 Kawasaki loader | 1129-000 | 13,000.00 |
| 2001 Waldon WD80 Dozer | 1129-000 | 8,000.00 |
| 2003 Protec DV230 Roller | 1129-000 | 6,250.00 |
| 3 breakers | 1129-000 | 1,600.00 |
| Atlas Air Compressor | 1129-000 | 1,400.00 |
| Bank of America checking 7126 | 1129-000 | 1,875.28 |
| Daewoo G25E Forklift | 1129-000 | 7,750.00 |
| Desks, chairs, tables, computer, television, coffee pot | 1129-000 | 720.00 |
| Flatbed and fuel tank | 1129-000 | 300.00 |
| Hitachi EX35U Hydraulic Excavator | 1129-000 | 14,000.00 |
| Mobile office trailer | 1129-000 | 400.00 |
| Raw materials | 1129-000 | 510.00 |
| Supplies | 1129-000 | 2,432.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
| --- | --- | --- |
| 1994 Bomag Roller | 1229-000 | 5,500.00 |
| 1995 Dynapac CA 152D Roller-wrongfully held by C&J Contracto | 1229-000 | 12,000.00 |
| Beaver Creek 102" x 18' T/A Equipment Trailer | 1229-000 | 750.00 |
| Case 580L 4x4 Loader Backhoe | 1229-000 | 9,000.00 |
| Caterpillar 420D 4x4 Loader Backhoe | 1229-000 | 23,500.00 |
| Caterpillar D5C Crawler Tractor | 1229-000 | 13,000.00 |
| Chevrolet 3500HD 9' Contractors Dump Truck | 1229-000 | 4,000.00 |
| Dynapac 42" CC102 10 Series Tandum Vibratory Smooth Drum Rol | 1229-000 | 4,500.00 |
| Ford F150 XL Pickup Truck | 1229-000 | 3,000.00 |
| Ford F450 XLT Super Duty Utility Truck | 1229-000 | 5,500.00 |
| Hitachi EX150 Hyrdraulic Excavator s/n 1333515 | 1229-000 | 13,000.00 |
| Home Made 96" x 34" T/A Tilt Bed Trailer | 1229-000 | 2,300.00 |
| John Deere 35ZTS Mini Excavator | 1229-000 | 14,000.00 |
| Mfg. N/A 20' T/A Equipment Trailer | 1229-000 | 1,800.00 |
| Miscellaneous furniture, equipment, parts etc. | 1229-000 | 2,015.00 |
| Welder | 1229-000 | 55.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| White GMC 16' T/A Dump Truck | 1229-000 | 9,250.00 |
| Barricade Lites, Inc. - Over Payment Refund | 1290-000 | 2,001.80 |
| Refund of Credit | 1290-000 | 903.54 |
| **TOTAL GROSS RECEIPTS** | | **$ 190,239.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reike Office Interiors | | 15,078.77 | NA | NA | 0.00 |
| | RLI Insurance Company | | 157,351.73 | NA | NA | 0.00 |
| 10 | Illinois Department Of Revenue Bankruptcy Section | 4110-000 | 4,499.65 | 4,923.83 | 0.00 | 0.00 |
| 11 | Parkway Bank And Trust Company | 4110-000 | NA | 1,355.22 | 1,355.22 | 1,355.22 |
| | I.A.P. Construction, Inc. | 4210-000 | NA | 19,649.31 | 19,649.31 | 19,649.31 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department Of Employment Security | 4800-001 | NA | 14,208.41 | 14,208.41 | 14,208.41 |
| **TOTAL SECURED CLAIMS** | | | $ 176,930.15 | $ 40,136.77 | $ 35,212.94 | $ 35,212.94 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 12,761.98 | 12,761.98 | 12,761.98 |
| STEVEN R. RADTKE | 2200-000 | NA | 39.48 | 39.48 | 39.48 |
| Associated Bank | 2600-000 | NA | 520.52 | 520.52 | 520.52 |
| Office Of The U.S. Trustee | 2950-001 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Coporation Service Company | 2990-000 | NA | 468.75 | 468.75 | 468.75 |
| STEVEN R. RADTKE | 3110-000 | NA | 54,937.50 | 54,937.50 | 54,937.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 531.63 | 531.63 | 531.63 |
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | 7,879.50 | 7,879.50 | 7,879.50 |
| Health Industrial Auction Services, Inc. | 3620-000 | NA | 10,963.92 | 10,963.92 | 10,963.92 |
| Heath Industrial Auction Services, Inc. | 3620-000 | NA | 7,916.39 | 7,916.39 | 7,916.39 |
| JNR Adjustment Company | 3991-000 | NA | 1,778.12 | 1,778.12 | 1,778.12 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 101,047.79 | $ 101,047.79 | $ 101,047.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Employment Securit | | 27,537.27 | NA | NA | 0.00 |
| | Nicholas Camarena | | 17,395.00 | NA | NA | 0.00 |
| 10A | Illinois Department Of Revenue Bankruptcy Section | 5800-000 | NA | 3,619.41 | 3,619.41 | 3,619.41 |
| 6 | Internal Revenue Service | 5800-000 | 75,569.33 | 91,882.00 | 708.75 | 708.75 |
| 1B | Illinois Department Of Employment Security | 5800-001 | NA | 9,019.53 | 9,019.53 | 9,019.53 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 120,501.60 | $ 104,520.94 | $ 13,347.69 | $ 13,347.69 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | B & B Coatings Co. | | 20,895.00 | NA | NA | 0.00 |
| | Brian Kukuczka- C& J Contractors | | 8,860.00 | NA | NA | 0.00 |
| | C.R. Schmidt, Inc. | | 759.00 | NA | NA | 0.00 |
| | Ceasar's Equipment Co. | | 413.65 | NA | NA | 0.00 |
| | Chicago Machinery Co. | | 29,029.00 | NA | NA | 0.00 |
| | Chicago Tire | | 1,574.45 | NA | NA | 0.00 |
| | Cresent Electric | | 1,934.13 | NA | NA | 0.00 |
| | CRH Insurance Agency, LLC | | 200.00 | NA | NA | 0.00 |
| | Cut Weld Supply, Inc. | | 1,366.83 | NA | NA | 0.00 |
| | Dell Financial Services, LP | | 14,740.42 | NA | NA | 0.00 |
| | Denk & Roche Bldrs, Inc. | | 7,872.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Door Systems | | 3,494.67 | NA | NA | 0.00 |
| | FIRST Insurance Funding Corp | | 11,634.09 | NA | NA | 0.00 |
| | G.G. Construction, Inc. | | 44,409.50 | NA | NA | 0.00 |
| | Gallagher Asphalt | | 35,325.25 | NA | NA | 0.00 |
| | Guardian | | 255.48 | NA | NA | 0.00 |
| | Haan Broker Service | | 7,936.00 | NA | NA | 0.00 |
| | Hinsdale Bank & Trust Company | | 15,135.69 | NA | NA | 0.00 |
| | Howell Tractor & Equipment, LLC | | 4,283.49 | NA | NA | 0.00 |
| | IAP Construction | | 19,361.85 | NA | NA | 0.00 |
| | Irvin Tractor | | 9,750.00 | NA | NA | 0.00 |
| | J & L Construction and Development | | 208,466.01 | NA | NA | 0.00 |
| | John B. Schwartz & Associates | | 2,147.05 | NA | NA | 0.00 |
| | John Durante & Son | | 15,197.50 | NA | NA | 0.00 |
| | Jo-Mar Services, Inc. | | 2,541.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K & S Automatic Sprinklers, Inc. | | 3,782.00 | NA | NA | 0.00 |
| | Kieft Brothers, Inc. | | 491.64 | NA | NA | 0.00 |
| | Lion Construction 1, LLP-AP | | 3,000.00 | NA | NA | 0.00 |
| | MailFinance | | 488.63 | NA | NA | 0.00 |
| | Markham Asphalt Co. | | 3,079.80 | NA | NA | 0.00 |
| | McAllister Equipment Co. | | 8,050.00 | NA | NA | 0.00 |
| | McMaster-Carr | | 1,012.71 | NA | NA | 0.00 |
| | MEF Trucking & Maintenace, Inc. | | 8,880.00 | NA | NA | 0.00 |
| | Miatt Construction | | 3,150.00 | NA | NA | 0.00 |
| | Midwest Masonry, Inc. | | 7,758.00 | NA | NA | 0.00 |
| | Midwest REM Enterprises, Inc. | | 2,806.87 | NA | NA | 0.00 |
| | Mike LaPorte, d/b/a Bell Paving | | 4,853.80 | NA | NA | 0.00 |
| | Moises Martinez-Moises Landscaping | | 1,836.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northeast Regional Commuter RR Corp | | 385,000.00 | NA | NA | 0.00 |
| | Office Depot Credit Plan | | 49.86 | NA | NA | 0.00 |
| | Ogden Avenue Materials | | 1,186.01 | NA | NA | 0.00 |
| | Oosterbaan & Sons Company | | 2,495.00 | NA | NA | 0.00 |
| | Outsource Fleet Services, Inc. | | 1,180.00 | NA | NA | 0.00 |
| | Peerless Fence | | 2,381.43 | NA | NA | 0.00 |
| | PirTano Construction Comapny, Inc. | | 66,000.00 | NA | NA | 0.00 |
| | Prime Design, Inc. | | 4,500.00 | NA | NA | 0.00 |
| | Quick Fuel | | 1,281.21 | NA | NA | 0.00 |
| | Secretary of State-Dept Bus. Affair | | 906.00 | NA | NA | 0.00 |
| | Secretary of State-License Renewal | | 2,866.00 | NA | NA | 0.00 |
| | Shamrock Decorating, Inc. | | 24,954.70 | NA | NA | 0.00 |
| | Shell | | 1,888.88 | NA | NA | 0.00 |
| | Sound Off Alarm, Inc. | | 228.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Speedway SuperAmerica, LLC | | 6,668.67 | NA | NA | 0.00 |
| | Sprint | | 178.72 | NA | NA | 0.00 |
| | Superior Paving | | 1,475.45 | NA | NA | 0.00 |
| | Sweeney Concrete Construction, Inc. | | 13,788.00 | NA | NA | 0.00 |
| | Town & Country Landscaping Supply | | 8,975.50 | NA | NA | 0.00 |
| | Union Pacific Railroad | | 1,875.00 | NA | NA | 0.00 |
| | US Bank NA/Retail Payment Solutions | | 8,229.81 | NA | NA | 0.00 |
| | Waste Management | | 1,196.64 | NA | NA | 0.00 |
| | Waste Management | | 19,433.22 | NA | NA | 0.00 |
| | West Side Tractor | | 1,000.00 | NA | NA | 0.00 |
| | Wilkins Insulation Co. | | 1,285.00 | NA | NA | 0.00 |
| | Wirtz Rental Company | | 426.00 | NA | NA | 0.00 |
| 5 | Abatement Materials, Inc. | 7100-000 | NA | 29,152.95 | 29,152.95 | 4,643.63 |
| 2 | American Express Travel Related Services Company, | 7100-000 | 2,850.79 | 2,850.79 | 2,850.79 | 454.09 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Comed Real Estate Department | 7100-000 | 30,764.00 | 48,202.00 | 48,202.00 | 7,677.85 |
| 4 | Fox River Components | 7100-000 | 1,687.25 | 1,012.35 | 1,012.35 | 161.25 |
| 10B | Illinois Department Of Revenue Bankruptcy Section | 7100-000 | NA | 507.59 | 507.59 | 80.85 |
| 6B | Internal Revenue Service | 7100-000 | NA | 2,243.85 | 2,243.85 | 357.41 |
| 3 | Liquid Capital Exchange Inc. | 7100-000 | 62,215.00 | 65,076.42 | 65,076.42 | 10,365.69 |
| 7 | Nelson Brothers, Inc | 7100-000 | 17,542.60 | 17,542.60 | 17,542.60 | 2,794.27 |
| 8 | North American Speciality Insuance | 7100-000 | 68,404.59 | 71,931.02 | 71,931.02 | 11,457.53 |
| 12 | Parkway Bank And Trust Company | 7100-000 | NA | 3,101.15 | 3,101.15 | 493.98 |
| 1C | Illinois Department Of Employment Security | 7100-001 | NA | 13,464.57 | 13,464.57 | 2,144.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,259,687.20 | $ 255,085.29 | $ 255,085.29 | $ 40,631.25 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-35083 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Century Contractors, Inc. | | | | Date Filed (f) or Converted (c): | 11/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2016 |
| For Period Ending: | 11/05/2018 | | | | Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Refund of Credit (u) | 903.54 | 903.54 | | 903.54 | FA |
| 2.  Byline Bank checking 6466 | Unknown | 0.00 | | 0.00 | FA |
| 3.  U.S. Bank-overdrawn ($114.41) checking 3481 | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Bank of America checking 7126 | 1,874.90 | 1,874.90 | | 1,875.28 | FA |
| 5.  Account Receivable | 72,228.25 | 0.00 | | 0.00 | FA |
| 6.  Account Receivable | 32,500.00 | 0.00 | | 0.00 | FA |
| 7.  Account Receivable | 14,000.00 | 0.00 | | 0.00 | FA |
| 8.  Account Receivable | 1,300.00 | 0.00 | | 0.00 | FA |
| 9.  Account Receivable | 3,375.68 | 0.00 | | 0.00 | FA |
| 10.  Account Receivable | 1,500.00 | 0.00 | | 0.00 | FA |
| 11.  Account Receivable | 45,910.50 | 0.00 | | 0.00 | FA |
| 12.  Account Receivable | 6,903.89 | 0.00 | | 0.00 | FA |
| 13.  Account Receivable | 15,508.75 | 0.00 | | 0.00 | FA |
| 14.  Account Receivable | 12,153.80 | 0.00 | | 0.00 | FA |
| 15.  Account Receivable | 9,980.00 | 0.00 | | 0.00 | FA |
| 16.  Account Receivable | 5,927.05 | 0.00 | | 5,927.05 | FA |
| 17.  Account Receivable | 1,360.00 | 0.00 | | 0.00 | FA |
| 18.  Account Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 19.  Account Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Account Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 21.  Account Receivable | 4,216.00 | 0.00 | | 0.00 | FA |
| 22.  Account Receivable | 1,360.00 | 0.00 | | 0.00 | FA |
| 23.  Account Receivable | 3,120.00 | 0.00 | | 0.00 | FA |
| 24.  Account Receivable | 129,702.00 | 0.00 | | 0.00 | FA |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-35083 | JPC |
| Case Name: | Century Contractors, Inc. | |
| | | |
| For Period Ending: | 11/05/2018 | |

| | |
|---|---|
| Judge: | Jacqueline P. Cox |

| | |
|---|---|
| Trustee Name: | STEVEN R. RADTKE |
| Date Filed (f) or Converted (c): | 11/02/2016 (f) |
| 341(a) Meeting Date: | 12/05/2016 |
| Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Account Receivable | 532,289.28 | 0.00 | | 0.00 | FA |
| 26.  Account Receivable | 3,797.50 | 0.00 | | 0.00 | FA |
| 27.  Raw materials | Unknown | 0.00 | | 510.00 | FA |
| 28.  Work in progress | 0.00 | 0.00 | | 0.00 | FA |
| 29.  Finished goods, including goods held for resale | 0.00 | 0.00 | | 0.00 | FA |
| 30.  Supplies | 3,000.00 | 3,000.00 | | 2,432.00 | FA |
| 31.  Desks, chairs, tables, computer, television, coffee pot | 1,000.00 | 1,000.00 | | 720.00 | FA |
| 32.  Mobile office trailer | Unknown | 0.00 | | 400.00 | FA |
| 33.  Atlas Air Compressor | 3,000.00 | 3,000.00 | | 1,400.00 | FA |
| 34.  2001 Waldon WD80 Dozer | 15,000.00 | 15,000.00 | | 8,000.00 | FA |
| 35.  Hitachi EX35U Hydraulic Excavator | 15,000.00 | 15,000.00 | | 14,000.00 | FA |
| 36.  Hitachi EX35U Hydraulic Excavator-wrongfully held by C&J Con | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 37.  1995 Dynapac CA 152D Roller-wrongfully held by C&J Contracto | 11,000.00 | 11,000.00 | | 12,000.00 | FA |
| 38.  1994 Bomag Roller | 4,000.00 | 4,000.00 | | 5,500.00 | FA |
| 39.  2003 Protec DV230 Roller | 14,000.00 | 0.00 | | 6,250.00 | FA |
| 40.  2000 Kawasaki loader | 50,000.00 | 0.00 | | 13,000.00 | FA |
| 41.  Hypac Roller | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 42.  Elite Series Pressure Washer-not operable | Unknown | Unknown | | 0.00 | FA |
| 43.  2 trailers | Unknown | 0.00 | | 0.00 | FA |
| 44.  Daewoo G25E Forklift | 1,000.00 | 0.00 | | 7,750.00 | FA |
| 45.  Flatbed and fuel tank | Unknown | 0.00 | | 300.00 | FA |
| 46.  Barricade Lites, Inc. - Over Payment Refund (u) | 2,001.80 | 2,001.80 | | 2,001.80 | FA |
| 47.  3 breakers | 0.00 | 0.00 | | 1,600.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 7

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-35083   JPC | Judge: Jacqueline P. Cox |
| Case Name: | Century Contractors, Inc. | |
| For Period Ending: | 11/05/2018 | |

| | |
|---|---|
| Trustee Name: | STEVEN R. RADTKE |
| Date Filed (f) or Converted (c): | 11/02/2016 (f) |
| 341(a) Meeting Date: | 12/05/2016 |
| Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 48. Welder | Unknown | 0.00 | | 55.00 | FA |
| 49. Metal prefab bldg on leased property. Landlord wants buildin | Unknown | 0.00 | | 0.00 | FA |
| 50. Miscellaneous furniture, equipment, parts etc. (u) | 0.00 | 2,015.00 | | 2,015.00 | FA |
| 51. Debtor's Unsold Property (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 52. Hitachi EX150 Hyrdraulic Excavator s/n 1333515 (u) | 0.00 | 13,000.00 | | 13,000.00 | FA |
| 53. John Deere 35ZTS Mini Excavator (u) | 0.00 | 14,000.00 | | 14,000.00 | FA |
| 54. Caterpillar 420D 4x4 Loader Backhoe (u) | 0.00 | 23,500.00 | | 23,500.00 | FA |
| 55. Case 580L 4x4 Loader Backhoe (u) | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 56. Caterpillar D5C Crawler Tractor (u) | 0.00 | 13,000.00 | | 13,000.00 | FA |
| 57. Dynapac 42" CC102 10 Series Tandum Vibratory Smooth Drum Rol (u) | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 58. White GMC 16' T/A Dump Truck (u) | 0.00 | 9,250.00 | | 9,250.00 | FA |
| 59. Chevrolet 3500HD 9' Contractors Dump Truck (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 60. Ford F450 XLT Super Duty Utility Truck (u) | 0.00 | 5,500.00 | | 5,500.00 | FA |
| 61. Ford F150 XL Pickup Truck (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 62. Home Made 96" x 34" T/A Tilt Bed Trailer (u) | 0.00 | 2,300.00 | | 2,300.00 | FA |
| 63. Beaver Creek 102" x 18' T/A Equipment Trailer (u) | 0.00 | 0.00 | | 750.00 | FA |
| 64. Mfg. N/A 20' T/A Equipment Trailer (u) | 0.00 | 1,800.00 | | 1,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,043,912.94 | $186,645.24 | $190,239.67 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2018 TFR filed; hearing approving same set for 7/12/18 (TFR approved; waiting for checks to clear to file TDR)

4/2018  Filed final tax returns; being working on TFR and fee petition

3/2018  Collected and disbursed settlement proceeds in accordance with settlement order

12/2017 Trustee retained auctioneer to conduct second sale of property that was the subject of the avoidance claim; auction conducted

10/2017  Efforts to collect accounts receivable continue; investigation into avoidance actions continues

6/2017  Trustee retained collection firm to attempt to collect accounts receivable; investigate possible avoidance actions

3/2016 Auction held; possible sale of AR

1/2017 Employed auctioneer

12/28/16 Filed initial report

11/2016 Opened bank account; have not yet filed Initial Report of Assets

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2018

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-35083
Case Name: Century Contractors, Inc.

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6289
Checking

Taxpayer ID No: XX-XXX3310
For Period Ending: 11/05/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/16 | 1 | United HealthCare Svs Inc.<br>Oldsmar Billing -CCU<br>601 Brooker Creek Blvd.<br>Oldsmar, FL 34677-2962 | Refund of Credit Inv. # 0041894851 | 1290-000 | $903.54 | | $903.54 |
| 12/27/16 | 1001 | Coporation Service Company<br>P.O. Box 13397<br>Philadelphia, PA 19101-3397 | Payment for Tax and Lien Search<br>Invoice No. 81105075536 | 2990-000 | | $468.75 | $434.79 |
| 03/07/17 | 46 | Barricade Lites, Inc.<br>1490 Jeffrey Drive<br>Addison, IL 60101 | Refund of Overpayment | 1290-000 | $2,001.80 | | $2,436.59 |
| 04/06/17 | | Heath Industrial Auction Services, Inc.<br>Escrow Account<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Proceeds of Auction (3/16/17) | | $75,932.00 | | $78,368.59 |
| | | | Gross Receipts   $75,932.00 | | | | |
| | 27 | | Raw materials   $510.00 | 1129-000 | | | |
| | 30 | | Supplies   $2,432.00 | 1129-000 | | | |
| | 31 | | Desks, chairs, tables, computer, television, coffee pot   $720.00 | 1129-000 | | | |
| | 32 | | Mobile office trailer   $400.00 | 1129-000 | | | |
| | 33 | | Atlas Air Compressor   $1,400.00 | 1129-000 | | | |
| | 34 | | 2001 Waldon WD80 Dozer   $8,000.00 | 1129-000 | | | |
| | 35 | | Hitachi EX35U Hydraulic Excavator   $14,000.00 | 1129-000 | | | |
| | 37 | | 1995 Dynapac CA 152D Roller-wrongfully held by C&J Contracto   $12,000.00 | 1229-000 | | | |
| | 38 | | 1994 Bomag Roller   $5,500.00 | 1229-000 | | | |
| | 39 | | 2003 Protec DV230 Roller   $6,250.00 | 1129-000 | | | |
| | 40 | | 2000 Kawasaki loader   $13,000.00 | 1129-000 | | | |

Page Subtotals:   $78,837.34   $468.75

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-35083 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Century Contractors, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6289 |
| | Checking |
| Taxpayer ID No: XX-XXX3310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | 44 | | Daewoo G25E Forklift | $7,750.00 | 1129-000 | | | |
| | 45 | | Flatbed and fuel tank | $300.00 | 1129-000 | | | |
| | 47 | | 3 breakers | $1,600.00 | 1129-000 | | | |
| | 48 | | Welder | $55.00 | 1229-000 | | | |
| | 50 | | Miscellaneous furniture, equipment, parts etc. | $2,015.00 | 1229-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $78,358.59 |
| 04/14/17 | 4 | Bank of America, N.A. San Antonio, TX | Collection of bank account | | 1129-000 | $1,875.28 | | $80,233.87 |
| 05/01/17 | 1002 | Health Industrial Auction Services, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Auctioneer Expenses per order of Court | | 3620-000 | | $10,963.92 | $69,269.95 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $96.04 | $69,173.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $110.19 | $69,063.72 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $99.37 | $68,964.35 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $102.54 | $68,861.81 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $102.38 | $68,759.43 |
| 01/23/18 | | Heath Industrial Auction Services, Inc. Escrow Account 508 West Brittany Drive Arlington Heights, IL 60004 | Proceeds of Auction (12/21/17) | | | $90,892.50 | | $159,651.93 |

| | | Page Subtotals: | | | | $92,767.78 | $11,484.44 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-35083

Case Name: Century Contractors, Inc.

Taxpayer ID No: XX-XXX3310

For Period Ending: 11/05/2018

Trustee Name: STEVEN R. RADTKE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX6289

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts | $90,892.50 | | | |
| | 52 | | Hitachi EX150 Hyrdraulic Excavator s/n 1333515 | $13,000.00 | 1229-000 | | |
| | 53 | | John Deere 35ZTS Mini Excavator | $14,000.00 | 1229-000 | | |
| | 54 | | Caterpillar 420D 4x4 Loader Backhoe | $23,500.00 | 1229-000 | | |
| | 55 | | Case 580L 4x4 Loader Backhoe | $9,000.00 | 1229-000 | | |
| | 56 | | Caterpillar D5C Crawler Tractor | $13,000.00 | 1229-000 | | |
| | 57 | | Dynapac 42" CC102 10 Series Tandum Vibratory Smooth Drum Rol | $4,500.00 | 1229-000 | | |
| | 59 | | Chevrolet 3500HD 9' Contractors Dump Truck | $4,000.00 | 1229-000 | | |
| | 60 | | Ford F450 XLT Super Duty Utility Truck | $5,500.00 | 1229-000 | | |
| | 61 | | Ford F150 XL Pickup Truck | $3,000.00 | 1229-000 | | |
| | 62 | | Home Made 96" x 34" T/A Tilt Bed Trailer | $642.50 | 1229-000 | | |
| | 63 | | Beaver Creek 102" x 18' T/A Equipment Trailer | $750.00 | 1229-000 | | |
| 02/15/18 | | Heath Industrial Auction Services, Inc. Escrow Account 508 West Brittany Drive Arlington, Heights, IL 60004 | Balance of Proceeds of Auction (12/21/17) | | $12,707.50 | | $172,359.43 |
| | | | Gross Receipts | $12,707.50 | | | |
| | 58 | | White GMC 16' T/A Dump Truck | $9,250.00 | 1229-000 | | |
| | 62 | | Home Made 96" x 34" T/A Tilt Bed Trailer | $1,657.50 | 1229-000 | | |
| | 64 | | Mfg. N/A 20' T/A Equipment Trailer | $1,800.00 | 1229-000 | | |

Page Subtotals:                $12,707.50        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-35083 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Century Contractors, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6289 |
| | Checking |
| Taxpayer ID No: XX-XXX3310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/05/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/18 | 1003 | Heath Industrial Auction Services, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Auctioneer Expenses per order of Court | 3620-000 | | $7,916.39 | $164,443.04 |
| 03/01/18 | 1004 | I.A.P. Construction, Inc. 15321 South Heritage Drive Plainfield, IL 60544 | Payment in Full Satisfaction of Amounts Due Under Settlement | 4210-000 | | $19,649.31 | $144,793.73 |
| 04/30/18 | 16 | Susana A.Mendoza State of Illinois Comptroller 325 West Adams Street Springfield, IL 62704-1871 | Accounts receivable State of Illinois | 1121-000 | $5,927.05 | | $150,720.78 |
| 05/03/18 | 1005 | JNR Adjustment Company 3300 Fernbrook Lane Suite 225 Plymouth, MN 55447 | Collection Fee | 3991-000 | | $1,778.12 | $148,942.66 |
| 07/13/18 | 1006 | Parkway Bank And Trust Company C/O Scott & Kraus, Llc 150 S. Wacker Dr., Suite 2900 Chicago, Illinois 60606 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | 4110-000 | | $1,355.22 | $147,587.44 |
| 07/13/18 | 1007 | Illinois Department Of Employment Security 33 S State St., 10Th Flr Coll. Bkry Chicago, Illinois 60603 Attn. Amelia T. Yabes | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 4800-001 | | $14,208.41 | $133,379.03 |
| 07/13/18 | 1008 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $12,761.98 | $120,617.05 |
| 07/13/18 | 1009 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $39.48 | $120,577.57 |

| | | | Page Subtotals: | | $5,927.05 | $57,708.91 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-35083 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Century Contractors, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6289 |
| | Checking |
| Taxpayer ID No: XX-XXX3310 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/18 | 1010 | Office Of The U.S. Trustee<br>219 S. Dearborn Street<br>Room 873<br>Chicago, Il 60604 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | 2950-001 | | $3,250.00 | $117,327.57 |
| 07/13/18 | 1011 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $54,937.50 | $62,390.07 |
| 07/13/18 | 1012 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $531.63 | $61,858.44 |
| 07/13/18 | 1013 | Kutchins, Robbins & Diamond, Ltd.<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $7,879.50 | $53,978.94 |
| 07/13/18 | 1014 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-001 | | $9,019.53 | $44,959.41 |
| 07/13/18 | 1015 | Internal Revenue Service<br>Central Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, Pa 19114 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5800-000 | | $708.75 | $44,250.66 |
| 07/13/18 | 1016 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 19035<br>Springfield, Il 62794-9035 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | 5800-000 | | $3,619.41 | $40,631.25 |
| 07/13/18 | 1017 | Illinois Department Of Employment Security<br>33 S State St., 10Th Flr Coll. Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia T. Yabes | Final distribution to claim 1 representing a payment of 15.93 % per court order. | 7100-001 | | $2,144.70 | $38,486.55 |

| | | | Page Subtotals: | | $0.00 | $82,091.02 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-35083 | | Trustee Name: | STEVEN R. RADTKE | | Exhibit 9 |
|---|---|---|---|---|---|---|

Case Name: Century Contractors, Inc.

Bank Name: Associated Bank

Account Number/CD#: XXXXXX6289

Checking

Taxpayer ID No: XX-XXX3310

For Period Ending: 11/05/2018

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/18 | 1018 | American Express Travel Related Services Company, Inc. C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 2 representing a payment of 15.93 % per court order. | 7100-000 | | $454.09 | $38,032.46 |
| 07/13/18 | 1019 | Liquid Capital Exchange Inc. C/O Weltman Weinbert & Reis Co Lpa 180 N Lasalle Street Suite 2400 Chicago, Il 60601 | Final distribution to claim 3 representing a payment of 15.93 % per court order. | 7100-000 | | $10,365.69 | $27,666.77 |
| 07/13/18 | 1020 | Fox River Components 5N172 Fox Bluff Court Saint Charles, Il 60175-5174 | Final distribution to claim 4 representing a payment of 15.93 % per court order. | 7100-000 | | $161.25 | $27,505.52 |
| 07/13/18 | 1021 | Abatement Materials, Inc. 12700 S. Butler Chicago, Il 60633 | Final distribution to claim 5 representing a payment of 15.93 % per court order. | 7100-000 | | $4,643.63 | $22,861.89 |
| 07/13/18 | 1022 | Internal Revenue Service Central Insolvency Operations P.O. Box 21126 Philadelphia, Pa 19114 | Final distribution to claim 6 representing a payment of 15.93 % per court order. | 7100-000 | | $357.41 | $22,504.48 |
| 07/13/18 | 1023 | Nelson Brothers, Inc Thomas M. Paris 55 W. Monroe, Suite 3950 Chicago, Il 60603 | Final distribution to claim 7 representing a payment of 15.93 % per court order. | 7100-000 | | $2,794.27 | $19,710.21 |
| 07/13/18 | 1024 | North American Speciality Insuance C/O Elizer Law Group,Llc 5836 Lin Oln Avenue -Ste 200 Morton Grove, Il 60053 | Final distribution to claim 8 representing a payment of 15.93 % per court order. | 7100-000 | | $11,457.53 | $8,252.68 |
| 07/13/18 | 1025 | Comed Real Estate Department Joseph P. Kincaid Swanson Martin & Bell 330 N. Wabash, Suite 3300 Chicago, Il 60611 | Final distribution to claim 9 representing a payment of 15.93 % per court order. | 7100-000 | | $7,677.85 | $574.83 |
| 07/13/18 | 1026 | Illinois Department Of Revenue Bankruptcy Section Po Box 19035 Springfield, Il 62794-9035 | Final distribution to claim 10 representing a payment of 15.93 % per court order. | 7100-000 | | $80.85 | $493.98 |

Page Subtotals: $0.00  $37,992.57

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-35083 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: Century Contractors, Inc. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX6289 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3310 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/05/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/18 | 1027 | Parkway Bank And Trust Company C/O Scott & Kraus, Llc 150 S. Wacker Dr., Suite 2900 Chicago, Illinois 60606 | Final distribution to claim 12 representing a payment of 15.93 % per court order. | 7100-000 | | $493.98 | $0.00 |
| 10/17/18 | 1007 | Illinois Department Of Employment Security 33 S State St., 10Th Flr Coll. Bkry Chicago, Illinois 60603 Attn. Amelia T. Yabes | Final distribution to claim 1 representing a payment of 100.00 % per court order. Reversal | 4800-000 | | ($14,208.41) | $14,208.41 |
| 10/17/18 | 1010 | Office Of The U.S. Trustee 219 S. Dearborn Street Room 873 Chicago, Il 60604 | Final distribution to claim 13 representing a payment of 100.00 % per court order. Reversal | 2950-000 | | ($3,250.00) | $17,458.41 |
| 10/17/18 | 1014 | Illinois Department Of Employment Security 33 S State St., 10Th Flr Coll. Bkry Chicago, Illinois 60603 Attn. Amelia T. Yabes | Final distribution to claim 1 representing a payment of 100.00 % per court order. Reversal | 5800-000 | | ($9,019.53) | $26,477.94 |
| 10/17/18 | 1017 | Illinois Department Of Employment Security 33 S State St., 10Th Flr Coll. Bkry Chicago, Illinois 60603 Attn. Amelia T. Yabes | Final distribution to claim 1 representing a payment of 15.93 % per court order. Reversal | 7100-000 | | ($2,144.70) | $28,622.64 |
| 10/18/18 | 1028 | Illinois Department of Employment Security 33 S. State St., 10th Flr. Coll. Bkry Chicago, IL 60603 Attn: Amos Ellis | Final distribution to claim 1 representing a payment of 100% per court order. Check #1028 replaces Check #1007; Check #1007 was never received by creditor and a stop payment order was requested | 4800-000 | | $14,208.41 | $14,414.23 |
| 10/18/18 | 1029 | Office of the U.S. Trustee 219 S. Dearborn Street Room 873 Chicago, IL 60604 | Final distribution to claim 13 representing a payment of 100% per court order. Check #1029 replaces Check #1010; Check #1010 was never received by creditor and a stop payment order was requested | 2950-000 | | $3,250.00 | $11,164.23 |

| | | | | Page Subtotals: | $0.00 | ($10,670.25) | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-35083

Case Name: Century Contractors, Inc.

Trustee Name: STEVEN R. RADTKE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX6289

Checking

Taxpayer ID No: XX-XXX3310

For Period Ending: 11/05/2018

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/18/18 | 1030 | Illinois Department of Employment Security 33 S. State St., 10th Flr. Coll. Bkry Chicago, IL 60603 Attn: Amos Ellis | Final distribution to claim 1 representing a payment of 100% per court order. Check #1030 replaces Check #1014; Check #1014 was never received by creditor and a stop payment order was requested | 5800-000 | | $9,019.53 | $2,144.70 |
| 10/18/18 | 1031 | Illinois Department Of Employment Security 33 S State St., 10th Flr Coll. Bkry Chicago, IL 60603 Attn: Amos Ellis | Final distribution to claim 1 representing a payment of 15.93% per court order. Check #1031 replaces Check #1017; Check #1017 was never received by creditor and a stop payment order was requested | 7100-000 | | $2,144.70 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $190,239.67 | $190,239.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $190,239.67 | $190,239.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $190,239.67 | $190,239.67 |

Page Subtotals:                                    $0.00        $11,164.23

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6289 - Checking | $190,239.67 | $190,239.67 | $0.00 |
| | $190,239.67 | $190,239.67 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $190,239.67 |
| Total Gross Receipts: | $190,239.67 |

Page Subtotals:                    $0.00          $0.00